**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

JUSTIN CARR                                             CASE NO.
*individually and on behalf of all*
*others similarly situated*,

      Plaintiff,

v.

WELLS CONSULTING GROUP,

      Defendant.

_____ /

## DEFENDANT WELLS CONSULTING GROUP'S NOTICE OF REMOVAL

Defendant WELLS CONSULTING GROUP ("Defendant"), pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, with full reservation of all defenses, hereby removes this action from the Fifteenth Judicial Circuit Court, Palm Beach County, State of Florida, to the United States District Court for the Southern District of Florida. In support of the Notice of Removal, Defendant states as follows:

**I.**    **Background**

1.    On August 7, 2025, Plaintiff JUSTIN CARR ("Plaintiff") commenced this putative class action by filing a Complaint in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida. A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

2.    Plaintiff's Complaint contains a single Count alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). *See* Ex. A at ¶¶ 34-40.

3.    On August 15, 2024, copies of the Summons and Complaint were served on Defendant.

4.      There are no other defendants named in Plaintiff's Complaint.

5.      Defendant now timely removes this action to this Court.

**II.      Basis for Jurisdiction**

6.      This Court has original jurisdiction over this removed action pursuant to 28 U.S.C. §§ 1331 and 1441(a). The single Count of Plaintiff's Complaint alleges that he received text messages that purportedly violated the TCPA.  *See* Ex. A at ¶¶ 12-13, 34-40. More specifically, the Complaint attempts to assert a violation of the TCPA's National "Do-Not-Call" Registry rules under 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(c). *See* Ex. A at ¶¶ 34, 37.

7.      Plaintiff's TCPA claims could have been originally filed in this Court pursuant to 28 U.S.C. § 1331, as this Court has original jurisdiction over all civil actions arising under the "Constitution, laws, or treaties of the United States." Plaintiff's Complaint attempts to assert violations of a federal law, namely the TCPA. The Supreme Court of the United States in *Mims v. Arrow Financial Services LLC*, 565 U.S. 368 (2012), addressed the issue of whether the federal district courts have jurisdiction over TCPA claims, holding that such a claim is, in fact, one that "arises under" the laws of the United States.

8.      Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

**III.      Notice Given**

9.      Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be promptly served on Plaintiff, and a copy will be promptly filed with the Clerk of the Court of the Fifteenth Judicial Circuit Court, Palm Beach County, Florida.

## IV.   <u>Removal is Timely Filed</u>

10.     This Notice has been timely filed within thirty (30) days from when Defendant was served with the Complaint on August 15, 2024, as required by 28 U.S.C. § 1446(b)(2).

## V.   <u>Pleadings and Process</u>

11.     Pursuant to 28 U.S.C. § 1446(a) and Federal Rule of Civil Procedure 81(c), copies of all state court process and pleadings are attached to this Notice of Removal as **Exhibit B**.

## VI.   <u>Venue</u>

12.     Pursuant to 28 U.S.C. § 1441(a), venue in this Court is proper because this action is currently pending in the Fifteenth Judicial Circuit Court, Palm Beach County, Florida, which is in the same District as the United States District Court for the Southern District of Florida, West Palm Beach Division.

## VII.   <u>Non-Waiver of Defenses</u>

13.     Nothing in this Notice shall be interpreted as a waiver or relinquishment of Defendant's rights to assert any defense or affirmative matter, including, without limitation, motions to dismiss pursuant to Federal Rule of Civil Procedure 12.

ACCORDINGLY, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, this Court has jurisdiction over this matter, and Defendant WELLS CONSULTING GROUP hereby removes this action from the Fifteenth Judicial Circuit Court, Palm Beach County, State of Florida, to this Court.

Dated: September 12, 2025                Respectfully submitted,

**ATHERTON GALARDI**
**MULLEN & REEDER PLLC**
1641 Worthington Rd., Suite 100
West Palm Beach, Florida 33409
Telephone: (561) 293-2530
Facsimile: (561) 293-2593

3

By: /s/ Scott W. Atherton
Scott W. Atherton (FBN 0749591)
Primary: scott@athertonlg.com
Terence M. Mullen (FBN 191957)
Primary: terence@athertonlg.com
Secondary: cvargas@athertonlg.com;
e-service@athertonlg.com
**Attorneys for Defendant Wells**
**Consulting Group**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel in the below Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: **/s/ Scott W. Atherton**
SCOTT W. ATHERTON
Florida Bar No. 749591

## SERVICE LIST

Zane Charles Hedaya
Gerald Donald Lane, Jr.
Faaris Kamal Uddin
**The Law Offices of Jibrael S. Hindi**
1515 NE 26th St
Wilton Manors, FL  33305
Telephone: (813) 340-8838
zane@jibraellaw.com
gerald@jibraellaw.com
faaris@jibraellaw.com
**Attorneys for Plaintiff Justin Carr**

4