UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-81133-CIV-DIMITROULEAS

JUSTIN CARR,

     Plaintiff,

vs.

WELLS CONSULTING GROUP,

     Defendant.

_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE 8], filed herein on October 15, 2025. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 8] is hereby **APPROVED**.

2. The case is **DISMISSED WITH PREJUDICE**.

3. The Clerk is directed to **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 16th day of October, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record